UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE CO., | No. C-11-02477 DMR |
| Plaintiff, | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| JEANNE STOUT, *et al.*, | |
| Defendants. | |

The Court is in receipt of the parties' request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for August 31, 2011 has been CONTINUED to **November 2, 2011 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **October 26, 2011.** Furthermore, the parties shall conform to the following deadlines:

1. **August 31, 2011**: Last day to file consent or declination to proceed before magistrate judge;

2. **September 14, 2011**: Last day to meet and confer re: initial disclosures, early settlement, ADR process selecction, and discovery plan; last day to file ADR Certification signed by parties and counsel; last day to file either Stipulation to ADR Process or Noticed of Need for ADR Phone Conference;

1   3. **October 26, 2011**: Last day to file Rule 26(f) Report, complete initial disclosures or state
2   objection in Rule 26(f) Report.
3   Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and
4   file a proof of service with the Court.
5       IT IS SO ORDERED.

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

7   Dated:  August 17, 2011

    DONNA M. RYU
    United States Magistrate Judge