UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN,  <br>     Plaintiff(s),  <br>     v.  <br>JEANNE STOUT,  <br>     Defendant(s).  <br>_____/ | No. C-11-02477 DMR  <br>**ORDER CONTINUING MOTION HEARINGS AND CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pending before the court are Plaintiff's two motions for default judgment. [Docket Nos. 35, 36.] When Plaintiff filed the motions, it did not schedule the hearings on a regular motion hearing date as required by the court's standing order. [*See* Docket No. 2 Attach. 1.] For this reason, the Case Management Conference and Motion Hearings previously scheduled for April 24, 2012 have been CONTINUED to **April 26, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 19, 2012.** Immediately upon receipt of this Order, Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: April 4, 2012

DONNA M. RYU  
United States Magistrate Judge