IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARKEL AMERICAN INSURANCE COMPANY,

    Plaintiff,

  v.

JEANNE STOUT, JEFF STOUT, ROBERT GINGRAS, JR., and DOES 1 through 20, inclusive,

    Defendants.

No. C 11-02477 WHA

**JUDGMENT**

For the reasons stated in the order granting the motion for default judgment filed herewith, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Markel American Insurance Company and against defendants Jeanne Stout, Jeff Stout, and Robert Gingras, Jr. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE